**Motion Granted and Order filed July 12, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00334-CV**
**NO. 14-21-00335-CV**

---

**IN RE NESTLE WATERS NORTH AMERICA, INC. AND ROBERT LEE SEWELL, SR., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 476,731-401 and No. 476, 827-401**

---

## ORDER

On June 30, 2021, the Real Parties in Interest, Kenneth Hurr, Individually and as Independent Administrator of the Estate of Huh Tao Sung, Christina Hurr, and Sabina Hurr ("Real Parties in Interest") filed an Unopposed Motion for Leave

to File Response to Petition for Writ of Mandamus under Seal.  The Real Parties in Interest submitted their response with the motion to seal.  The response has not been posted on the internet, pending a ruling on this motion.  Because the response of the Real Parties in Interest references facts concerning Relator Robert Sewell, Sr.'s medical conditions, the motion to file the response under seal should be granted.

Accordingly, we **GRANT** the Real Parties in Interest's Unopposed Motion for Leave to File Response to Petition for Writ of Mandamus under Seal.  We **ORDER** the Real Parties in Interest's response filed June 30, 2021, **SEALED**. We further **ORDER** the Real Parties in Interest, within **10 days** of the date of this order, to file a redacted copy of their response that omits any and all references to Sewell's medical conditions for posting on the internet.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.